FILED

2003 DEC 31 P

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CNF, AB, | ) | CIVIL ACTION NO. |
| | ) | 3:03CV562(CFD) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PROTEGRITY, INC., | ) | |
| | ) | |
| Defendant. | ) | DECEMBER 29, 2003 |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, the undersigned hereby moves to withdraw his appearance on behalf of the plaintiff, CNF, AB, in the above captioned action, CNF, AB v. PROTEGRITY, INC.. The last known address of said CNF, AB, is:

CNF, AB, BOX 274, 1 GAVLE AB, 80164 GAVLE, SWEDEN

The undersigned has attached hereto a notice delivered to said CNF, AB, via registered mail, pursuant to L.Civ.R. 7.

Good cause exists for the granting of this motion, in that the

1

undersigned has had no contact with any representative of the Plaintiff since April of 2003. Moreover, this is an action that was commenced by Application for Prejudgment Remedy in the Connecticut Superior Court, which Application was removed to this Court by the Defendant. The Application for Prejudgment Remedy was marked off and has not been reclaimed for a hearing. Pursuant to Connecticut General Statutes Section 52-278c, Plaintiff submitted an unsigned writ, summons and complaint to the Connecticut Superior Court in connection with the Application for Prejudgment Remedy. Since no hearing on that Application was held, the actual complaint has not been served pursuant to Conn. Gen. Stat. Section 52-278d(b), and in essence the signed complaint in this action has never been served on the Defendant.

WHEREFORE, the undersigned respectfully moves the Court to withdraw his appearance for the Plaintiff, CNF, AB.

Scott M. Harrington/ct02482
DISERIO MARTIN O'CONNOR &
  CASTIGLIONI LLP
One Atlantic Street
Stamford, CT 06901/203-358-0800

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CNF, AB, | ) | CIVIL ACTION NO. |
| | ) | 3:03CV562(CFD) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PROTEGRITY, INC., | ) | |
| | ) | |
| Defendant. | ) | DECEMBER 29, 2003 |

### NOTICE OF MOTION TO WITHDRAW

TO: **CNF, AB**
    **BOX 274**
    **1 GAVLE AB**
    **80164 GAVLE**
    **SWEDEN**

This is to notify you, pursuant to Rule 7(e) of the Local Rules of Civil Procedure that:

1. The undersigned is filing a motion that seeks the court's permission to no longer represent you in the above-captioned case.

2. If you wish to be heard on this motion, you should contact the Clerk's Office, located at the US District Court, District of Connecticut, 450 Main Street, Hartford, CT 06103 USA, to find out the date and time of the hearing.

3. As a corporation, you may appear in court, through counsel, on the hearing date and address the court concerning the motion.

4. If the motion to withdraw is granted, you should obtain another attorney to appear on your behalf.

5. Failure to engage successor counsel will result in the granting of the motion to withdraw.

6. If you fail to obtain a new attorney to appear on your behalf before the court, you will not receive notice of court proceedings in the case and a dismissal or default judgment may be rendered against you.

Dated:   12/29/03
         Stamford, CT

_____
Scott M. Harrington/ct02482
DISERIO MARTIN O'CONNOR &
   CASTIGLIONI LLP
One Atlantic Street
Stamford, CT 06901
(203) 358-0800

H:\LIT\FCT\21650.NOTICESCOTT.doc

2

## CERTIFICATION

This is to certify that a true copy of the foregoing was mailed, postage prepaid, to all counsel and parties of record:

Thomas W. Bucci, Esq.
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604

Christopher Barron, Esq.
Watson and Renner
1919 M Street, N.W.
Suite 400
Washington, DC 20036

Dated:    12/29/03
          Stamford, CT

_____
Scott M. Harrington/ct02482

3

```
            UNITED STATES
            POSTAL SERVICE
         ***** WELCOME TO *****
           ATLANTIC STREET STA
          STAMFORD, CT  06901-9998
              12/30/03 11:15AM

Store  USPS          Trans    43
Wkstn  sys5006       Cashier  KVWJOJ
Cashier's Name       WILLIAM
Stock Unit Id        SIAWILLIAM
PO Phone Number      203-323-2092
USPS #               0833690901

 1. Air Letter-post             10.85
    Destination:     Sweden
    Weight:          1.30oz
    Postage Type:    PVI
    Total Cost:      10.85
    Base Rate:       1.60
         SERVICES
    Registered                   7.50
         RB283963929US
    Return Receipt               1.75

Subtotal                        10.85
Total                           10.85

Cash                            11.00
Change Due
    Cash                         0.15

Number of Items Sold: 1

            Thank You
```

Registered No. RB283963929US

Reg. Fee $ 7.50
Handling Charge $
Postage $ 1.60
Return Receipt $ 1.75
Restricted Delivery $
Received by: [signature]

Date Stamp
UNIT ID: 0901
Clerk: KVWJOJ
12/30/03

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

Customer Must Declare Full Value $
[ ] With Postal Insurance
[ ] Without Postal Insurance

FROM:
S. Harrington
Diserio Martin, et. al.
One Atlantic St.
Stamford, CT 06901

TO:
CNF, AB
Box 274, 1 Gavle AB
80164 Gavle
SWEDEN

PS Form 3806, June 2002    Receipt for Registered Mail    Copy 1 - Customer (See Information on Reverse)

For delivery information, visit our website at www.usps.com®