FILED

2004 JAN -5 A ⚬ ⚬

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| CNF, AB | ) | CIVIL ACTION NO. 3:03CV562 (CFD) |
| | ) | |
| v. | ) | |
| | ) | |
| PROTEGRITY, INC. | ) | DECEMBER 30, 2003 |

### STATUS REPORT

The undersigned, counsel for the Plaintiff in the above-referenced matter, respectfully submits this Status Report pursuant to this Court's Order Re Status dated December 22, 2003.

**A.   NATURE OF THE CASE**

1.   This is an action to collect on a Promissory Note which was commenced by Application for Prejudgment Remedy in the Superior Court for the Judicial District of Stamford/Norwalk at Stamford. A Prejudgment Remedy Hearing was scheduled on March 31, 2003, but the hearing was not held because the Defendant removed the case to this Court by Petition for Removal dated March 31, 2003. A representative of the Plaintiff had traveled to Connecticut from Sweden for the March 31, 2003 hearing.

2.   The Plaintiff's Application for Prejudgment Remedy and for Temporary Restraining Order was scheduled to be heard before United States Magistrate Judge William R. Garfinkel in April, 2003, but the matter did not go forward due to the inability of a witness from the Plaintiff to travel to Connecticut on the scheduled date of the hearing. The undersigned

counsel has not sought to reschedule the Motion because the undersigned has had no contact with any representative of the Plaintiff, a Swedish company, since April of 2003. The undersigned has filed a Motion to Withdraw Appearance of even date herewith.

3. If this matter is to be tried, Plaintiff would request a trial to the Court. However, since the undersigned counsel has had no contact with the Plaintiff since April of 2003, the undersigned counsel is seeking to withdraw his appearance. Moreover, since a signed Complaint was never served upon the Defendant in this matter, but only an Application for Prejudgment Remedy and Motion for Temporary Restraining Order, pursuant to Connecticut General Statutes Section 52-278d, et seq., arguably the action itself is not pending but only the Application for Prejudgment Remedy.

**B. DISCOVERY**

Discovery is not completed. The undersigned cannot give a reasonable estimate as to when discovery will be completed because he has had no contact whatsoever with any representative of the Plaintiff since April of 2003.

**C. SETTLEMENT**

There have been no formal settlement conferences. Any informal settlement discussions which have taken place, took place prior to April of 2003.

Since the undersigned has had no contact with any representative of the Plaintiff since April of 2003, an additional settlement conference will not be beneficial.

**D.     TRIAL PREPARATION**

1. Because the undersigned counsel has had no contact with Plaintiff since April of 2003, he is unable to determine when the case will be ready for trial.

2. The undersigned cannot determine what additional preparation is required in the absence of any contact whatsoever with any representative of the Plaintiff since April of 2003.

3. The undersigned cannot determine what additional pleadings are required in the absence of any contact whatsoever with any representative of the Plaintiff since April of 2003.

4. A joint trial memorandum has not been filed. The undersigned is unable to file a joint trial memorandum due to the lack of any contact with any representative of the Plaintiff since April of 2003. Moreover, since no signed Complaint itself, but only an Application for Prejudgment Remedy and Motion for Temporary Restraining Order, have been served upon the Defendant, arguably the only thing pending at this point in time is the Application for

## **CERTIFICATION**

This is to certify that a true copy of the foregoing was mailed, postage prepaid, to all counsel and parties of record:

Thomas W. Bucci, Esq.
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604

Christopher Barron, Esq.
Watson and Renner
1919 M Street, N.W.
Suite 400
Washington, DC 20036

Dated: 12/30/03
       Stamford, CT

_____
Scott M. Harrington/ct02482

H:\LIT\SMH\21650.status.report.doc