UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CNF, AB,
    Plaintiff

v.

PROTEGRITY, INC.,
    Defendant

Civil Action No.
3:03CV562 (CFD)

FILED
2004 JAN 13 A 11: 24
U.S. DISTRICT COURT
HARTFORD, CT.

## ORDER TO SHOW CAUSE

The plaintiff is ordered to show cause by **January 30, 2004** why the Court should not dismiss this case since a signed Complaint has never been served upon the defendant in the above captioned case.

SO ORDERED this 13th day of January 2004, at Hartford, Connecticut.

_____
CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE

1