UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CNF, AB,<br>　　　Plaintiff | :<br>:<br>: |
| v. | :　　Civil Action No.<br>:　　3:03CV562 (CFD) |
| PROTEGRITY, INC.,<br>　　　Defendant | :<br>: |

**ORDER**

On January 13, 2004, the Court ordered the plaintiff to show cause by January 30, 2004 why the Court should not dismiss this case since a signed Complaint has never been served upon the defendant in the above-captioned case. To date, the plaintiff has not responded to this Order to Show Cause.

Accordingly, this action is DISMISSED. The Clerk is directed to close the case. This order is without prejudice to either party filing a motion to re-open within thirty days.

SO ORDERED this 10th day of February 2004, at Hartford, Connecticut.

　　　　　　　　　　　　　　　　　　　　CHRISTOPHER F. DRONEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE